# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

IN RE:   GERARDO SANCHEZ           FILED            DOCKET NO.  3:02cv1666 JBA

                                    Oct 20   10 05 AM '03

VS.                                 U.S. DISTRICT COURT       USCA NO.
                                    NEW HAVEN, CONN.

IN RE:   MANUEL RAZOLA CORONA, et al.,

### INDEX TO RECORD ON APPEAL

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES, INDEX AND 5 VOLUMES OF ORIGINAL RECORD

DATE: 9/25/03

Rosea[...]
CLERK, U.S.C.A. 2nd Cir.

Case 3:02-cv-01666-JBA    Document 115    Filed 10/20/2003    Page 2 of 12

I hereby certify that the foregoing is a true copy of a document on file. Date: ...........

KEVIN F. ROWE
Clerk
By ........................
Deputy Clerk

Proceedings include all events.                                    JGM    APPEAL
3:02cv1666 Sanchez v. Corona, et al                                      CLOSED

| Date | # | Entry |
|---|---|---|
| 9/18/02 | 2 | ORDER on Pretrial Deadlines handed to counsel; Discovery cutoff 3/20/03; Dispositive Motions due 4/19/03; Amended Pleadings due 11/18/02; Motions to Dismiss due 12/18/02 (sad) [Entry date 09/24/02] |
| 9/18/02 | 1 | COMPLAINT Filing Fee $ 150.00 (sad) [Entry date 09/30/02] |
| 9/19/02 | -- | SUMMONS(ES) issued for Benard V. Preziozi Jr (sad) [Entry date 09/24/02] |
| 9/20/02 | -- | SUMMONS(ES) issued for Manual Razola Corona and mailed pursuant to Hague Convention (cwc) [Entry date 09/25/02] |
| 9/25/02 | 3 | SUMMONS Returned Executed on 09/19/02 as to Benard V. Preziozi Jr (rlr) [Entry date 09/26/02] |
| 10/8/02 | 4 | Letter MOTION by Manual Razola Corona, Benard V. Preziozi Jr for Pre-filing Conference (sab) [Entry date 10/09/02] |
| 10/8/02 | 5 | Endorsement ORDER granting [4-1] motion for Pre-filing Conference; set 10/21/02 @ 4:00  ( signed by Judge Janet B. Arterton ) (sab) [Entry date 10/09/02] |
| 10/15/02 | 6 | APPEARANCE of Attorney for Manual Razola Corona, Benard V. Preziozi Jr -- Peter E. Fleming III. (kmf) [Entry date 10/15/02] |
| 10/16/02 | 7 | MOTION by Gerardo Sanchez to Amend [1-1] complaint (Brief Due 11/6/02 ) (mbs) [Entry date 10/17/02] |
| 10/22/02 | -- | ENDORSEMENT granting [7-1] motion to Amend [1-1] complaint ( signed by Judge Janet B. Arterton ) (mbs) [Entry date 10/22/02] |
| 10/25/02 | -- | SUMMONS(ES) issued for Curtis Mallet, Banco Bilbao Vizcaya (jxp) [Entry date 10/29/02] |
| 10/28/02 | 8 | AMENDED COMPLAINT by Gerardo Sanchez adding Curtis Mallet, Banco Bilbao Vizcaya  amending [1-1] complaint (sab) [Entry date 10/28/02] |
| 10/30/02 | 9 | MOTION by Gerardo Sanchez to Request Discovery from Abroad (sab) [Entry date 10/31/02] [Edit date 11/13/02] |
| 10/30/02 | 10 | MOTION by Gerardo Sanchez for Discovery from BBVA (sab) [Entry date 10/31/02] |
| 10/30/02 | 11 | Acknowledgement of Receipt  from Superior Court of file (sab) [Entry date 10/31/02] |
| 10/30/02 | 13 | SUMMONS Returned Executed on 10/28/02 as to Banco Bilbao Vizcaya (kmf) [Entry date 11/01/02] |
| 10/30/02 | 14 | SUMMONS Returned Executed on 10/28/02 as to Curtis Mallet |

Proceedings include all events.
3:02cv1666 Sanchez v. Corona, et al
JGM    APPEAL
CLOSED

|            |    |                                                                                                                                                                                                                                     |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | (kmf) [Entry date 11/01/02]                                                                                                                                                                                                         |
| 10/30/02   | 15 | TRANSCRIPT for date of 10/24/02 (Court reporter: Montini) (kmf) [Entry date 11/01/02]                                                                                                                                               |
| 10/31/02   | 12 | Scheduling ORDER: Amended Complaint due 11/7/02; Motion to Dismiss due 11/12/02; Motion for Summary Judgment re; res judicata due 1/24/03  ( signed by Judge Janet B. Arterton ) (sab) [Entry date 11/01/02] [Edit date 11/01/02]    |
| 11/6/02    | 16 | Supplemental Amendment to amended complaint by Gerardo Sanchez amending [8-1] amended complaint by Gerardo Sanchez (sab) [Entry date 11/07/02]                                                                                      |
| 11/12/02   | 17 | APPEARANCE of Attorney for Manual Razola Corona, Benard V. Preziozi Jr, Curtis Mallet, Banco Bilbao Vizcaya -- Peter E. Fleming, III (kmf) [Entry date 11/12/02]                                                                    |
| 11/12/02   | 18 | MEMORANDUM by Manual Razola Corona, Benard V. Preziozi Jr, Curtis Mallet, Banco Bilbao Vizcaya in opposition to [10-1] motion for Discovery from BBVA by Gerardo Sanchez, [9-1] motion to Request Discovery from Abroad by Gerardo Sanchez (sab) [Entry date 11/13/02] |
| 11/12/02   | 19 | AFFIDAVIT of Peter Fleming by Manual Razola Corona, Benard V. Preziozi Jr, Curtis Mallet, Banco Bilbao Vizcaya Re [10-1] motion for Discovery from BBVA by Gerardo Sanchez, [9-1] motion to Request Discovery from Abroad by Gerardo Sanchez (sab) [Entry date 11/13/02] |
| 11/12/02   | 20 | MOTION by Benard V. Preziozi Jr, Curtis Mallet, Banco Bilbao Vizcaya to Dismiss Amended Complaint (Brief Due 12/3/02 ) (sab) [Entry date 11/13/02]                                                                                  |
| 11/12/02   | 21 | AFFIDAVIT of Peter Fleming by Benard V. Preziozi Jr, Curtis Mallet, Banco Bilbao Vizcaya Re [20-1] motion to Dismiss Amended Complaint by Banco Bilbao Vizcaya, Curtis Mallet, Benard V. Preziozi Jr (sab) [Entry date 11/13/02]    |
| 11/12/02   | 22 | MEMORANDUM by Benard V. Preziozi Jr, Curtis Mallet, Banco Bilbao Vizcaya in support of [20-1] motion to Dismiss Amended Complaint (sab) [Entry date 11/13/02]                                                                       |
| 11/12/02   | 23 | MOTION by Manual Razola Corona to Dismiss Amended Complaint (Brief Due 12/3/02 ) (sab) [Entry date 11/13/02]                                                                                                                        |
| 11/12/02   | 24 | AFFIDAVIT of Peter Fleming by Manual Razola Corona Re [23-1] motion to Dismiss Amended Complaint by Manual Razola Corona (sab) [Entry date 11/13/02]                                                                                |
| 11/12/02   | 25 | MEMORANDUM by Manual Razola Corona in support of [23-1] motion to Dismiss Amended Complaint (sab) [Entry date 11/13/02]                                                                                                             |

Docket as of September 22, 2003 10:40 am                                    Page 5

Proceedings include all events.
3:02cv1666 Sanchez v. Corona, et al                                      JGM     APPEAL
                                                                         CLOSED

| Date | # | Entry |
|---|---|---|
| 11/19/02 | 26 | MOTION by Gerardo Sanchez to Disqualify Defendants' Counsel (sab) [Entry date 11/19/02] |
| 11/19/02 | 27 | MOTION by Gerardo Sanchez for Discovery From Defendants' Counsel (sab) [Entry date 11/19/02] |
| 11/27/02 | 28 | MOTION by Gerardo Sanchez to Strike Corona's Declaration (Brief Due 12/18/02 (kmf) [Entry date 12/02/02] |
| 12/3/02 | 29 | MOTION by Gerardo Sanchez to Extend Time ten days for lack of jurisdiction and discovery (kmf) [Entry date 12/03/02] |
| 12/3/02 | 30 | RESPONSE by Gerardo Sanchez to [23-1] motion to Dismiss Amended Complaint by Manual Razola Corona (sab) [Entry date 12/03/02] |
| 12/4/02 | 31 | Supplemental AFFIDAVIT of Peter E. Fleming III in support of Manual Razola Corona [23-1] motion to Dismiss Amended Complaint (kmf) [Entry date 12/04/02] |
| 12/9/02 | 32 | RESPONSE by Manual Razola Corona, Curtis Mallet, Banco Bilbao Vizcaya to [26-1] motion to Disqualify Defendants' Counsel by Gerardo Sanchez (sab) [Entry date 12/10/02] |
| 12/9/02 | 33 | AFFIDAVIT of Peter Fleming by Manual Razola Corona, Curtis Mallet, Banco Bilbao Vizcaya Re [26-1] motion to Disqualify Defendants' Counsel by Gerardo Sanchez (sab) [Entry date 12/10/02] |
| 12/9/02 | 34 | RESPONSE by Manual Razola Corona, Curtis Mallet, Banco Bilbao Vizcaya to [27-1] motion for Discovery From Defendants' Counsel by Gerardo Sanchez (sab) [Entry date 12/10/02] |
| 12/9/02 | 35 | AFFIDAVIT of Peter Fleming by Manual Razola Corona, Curtis Mallet, Banco Bilbao Vizcaya Re [27-1] motion for Discovery From Defendants' Counsel by Gerardo Sanchez (sab) [Entry date 12/10/02] |
| 12/10/02 | 36 | Answer by Gerardo Sanchez to [23-1] motion to Dismiss Amended Complaint by Manual Razola Corona, [20-1] motion to Dismiss Amended Complaint by Banco Bilbao Vizcaya, Curtis Mallet, Benard V. Preziozi Jr (kmf) [Entry date 12/10/02] |
| 12/13/02 | 37 | MOTION by Banco Bilbao Vizcaya to Dismiss Amended Conplaint and Supplemental Amendment to Complaint for Lack of Personal Jurisdiction (Brief Due 1/3/03 ) (lai) [Entry date 12/13/02] |
| 12/13/02 | 38 | MEMORANDUM by Banco Bilbao Vizcaya in support of [37-1] motion to Dismiss Amended Conplaint and Supplemental Amendment to Complaint for Lack of Personal Jurisdiction (lai) [Entry date 12/13/02] |

```
Proceedings include all events.
3:02cv1666 Sanchez v. Corona, et al                              JGM      APPEAL
                                                                 CLOSED
```

| Date | # | Entry |
|---|---|---|
| 12/13/02 | 39 | AFFIDAVIT of Peter E. Fleming, III by Banco Bilbao Vizcaya Re [37-1] motion to Dismiss Amended Conplaint and Supplemental Amendment to Complaint for Lack of Personal Jurisdiction by Banco Bilbao Vizcaya (lai) [Entry date 12/13/02] |
| 12/13/02 | 40 | REPLY by Manual Razola Corona, Curtis Mallet, Banco Bilbao Vizcaya to response to [37-1] motion to Dismiss Amended Conplaint and Supplemental Amendment to Complaint for Lack of Personal Jurisdiction by Banco Bilbao Vizcaya, and [23-1] motion to Dismiss Amended Complaint by Manual Razola Corona (sab) [Entry date 12/16/02] |
| 12/16/02 | 41 | Amended REPLY by Manual Razola Corona, Curtis Mallet, Banco Bilbao Vizcaya to response to [37-1] motion to Dismiss Amended Conplaint and Supplemental Amendment to Complaint for Lack of Personal Jurisdiction by Banco Bilbao Vizcaya, [23-1] motion to Dismiss Amended Complaint by Manual Razola Corona (sab) [Entry date 12/16/02] |
| 12/16/02 | 42 | Amended AFFIDAVIT of Peter Fleming by Manual Razola Corona, Curtis Mallet, Banco Bilbao Vizcaya Re [37-1] motion to Dismiss Amended Conplaint and Supplemental Amendment to Complaint for Lack of Personal Jurisdiction by Banco Bilbao Vizcaya, and [23-1] motion to Dismiss Amended Complaint by Manual Razola Corona (sab) [Entry date 12/16/02] |
| 12/23/02 | 43 | Supplemental AFFIDAVIT of Peter Fleming by Banco Bilbao Vizcaya Re [37-1] motion to Dismiss Amended Conplaint and Supplemental Amendment to Complaint for Lack of Personal Jurisdiction by Banco Bilbao Vizcaya (sab) [Entry date 12/23/02] |
| 1/2/03 | 44 | MOTION by Gerardo Sanchez to Strike Declarations of Mr. Corona and Mr Balbuena (Brief Due 1/23/03 ) (kmf) [Entry date 01/02/03] |
| 1/2/03 | 45 | MEMORANDUM of law in support by plaintiff of [44-1] motion to Strike Declarations of Mr. Corona and Mr Balbuena (kmf) [Entry date 01/02/03] |
| 1/6/03 | 46 | MOTION by Gerardo Sanchez for Summary Judgment (Brief Due 1/27/03 ) (sab) [Entry date 01/07/03] |
| 1/6/03 | 47 | MEMORANDUM by Gerardo Sanchez in support of [46-1] motion for Summary Judgment (sab) [Entry date 01/07/03] |
| 1/6/03 | 48 | MOTION by Gerardo Sanchez to Compel Testimony re; summary judgment motion (Brief Due 1/27/03 ) (sab) [Entry date 01/07/03] |

```
Proceedings include all events.                              JGM     APPEAL
3:02cv1666 Sanchez v. Corona, et al                          CLOSED

1/6/03    49    AFFIDAVIT of Ger by Gerardo Sanchez Re [48-1] motion to
                Compel Testimony re; summary judgment motion by Gerardo
                Sanchez, [46-1] motion for Summary Judgment by Gerardo
                Sanchez (sab) [Entry date 01/07/03]

1/15/03   50    MOTION by Manual Razola Corona, Benard V. Preziozi Jr,
                Curtis Mallet, Banco Bilbao Vizcaya to Extend Time to
                respond to the res judicata summary judgment motion until
                10 days after the determination of the court of
                jurisdictional motions (fsd) [Entry date 01/15/03]

1/15/03   51    MEMORANDUM by Manual Razola Corona, Benard V. Preziozi Jr,
                Curtis Mallet, Banco Bilbao Vizcaya in support of [50-1]
                motion to Extend Time to respond to the res judicata
                summary judgment motion until 10 days after the
                determination of the court of jurisdictional motions (fsd)
                [Entry date 01/15/03]

1/15/03   --    AFFIDAVIT of Peter Fleming by Manual Razola Corona, Benard
                V. Preziozi Jr, Curtis Mallet, Banco Bilbao Vizcaya Re
                [50-1] motion to Extend Time to respond to the res judicata
                summary judgment motion until 10 days after the
                determination of the court of jurisdictional motions by
                Banco Bilbao Vizcaya, Curtis Mallet, Benard V. Preziozi Jr,
                Manual Razola Corona (fsd) [Entry date 01/15/03]

1/15/03   112   AFFIDAVIT of Peter E. Fleming,III, by Manual Razola Corona,
                Benard V. Preziozi Jr Re [50-1] motion to Extend Time to
                respond to the res judicata summary judgment motion until
                10 days after the determination of the court of
                jurisdictional motions by Banco Bilbao Vizcaya, Curtis
                Mallet, Benard V. Preziozi Jr, Manual Razola Corona (pmm)
                [Entry date 09/03/03]

1/17/03   55    ORDER granting in part, denying in part [50-1] motion to
                Extend Time to respond to the res judicata summary judgment
                motion; , granting nunc pro tunc [29-1] motion to Extend
                Time for lack of jurisdiction and discovery  ( signed by
                Judge Janet B. Arterton ) (sab) [Entry date 01/17/03]

1/21/03   56    REPLY by Curtis Mallet  to response to [44-1] motion to
                Strike Declarations of Mr. Corona and Mr Balbuena by
                Gerardo Sanchez, [37-1] motion to Dismiss Amended Conplaint
                and Supplemental Amendment to Complaint for Lack of
                Personal Jurisdiction by Banco Bilbao Vizcaya (sab)
                [Entry date 01/21/03]

1/21/03   57    AFFIDAVIT of Peter Fleming by Curtis Mallet Re [44-1]
                motion to Strike Declarations of Mr. Corona and Mr Balbuena
                by Gerardo Sanchez, [37-1] motion to Dismiss Amended
                Conplaint and Supplemental Amendment to Complaint for Lack
                of Personal Jurisdiction by Banco Bilbao Vizcaya (sab)
                [Entry date 01/21/03]
```

```
Proceedings include all events.                                    JGM      APPEAL
3:02cv1666 Sanchez v. Corona, et al                                CLOSED

1/24/03    58    RULING denying as moot [48-1] motion to Compel Testimony re;
                 summary judgment motion, denying as moot [46-1] motion for
                 Summary Judgment, denying as moot [44-1] motion to Strike
                 Declarations of Mr. Corona and Mr Balbuena, granting [37-1]
                 motion to Dismiss Amended Conplaint and Supplemental
                 Amendment to Complaint for Lack of Personal Jurisdiction,
                 denying as moot [28-1] motion to Strike Corona's
                 Declaration, denying as moot [27-1] motion for Discovery
                 From Defendants' Counsel, denying [26-1] motion to
                 Disqualify Defendants' Counsel, denying as moot [23-1]
                 motion to Dismiss Amended Complaint, denying as moot [20-1]
                 motion to Dismiss Amended Complaint, denying [10-1] motion
                 for Discovery from BBVA, denying as moot [9-1] motion to
                 Request Discovery from Abroad ( signed by Judge Janet B.
                 Arterton ) 6 Page(s) SEE Ruling for details (sab)
                 [Entry date 01/27/03]

2/6/03     59    Third AMENDED COMPLAINT by Gerardo Sanchez  amending [16-1]
                 amended complaint  by Gerardo Sanchez (sab)
                 [Entry date 02/07/03]

2/24/03    60    MOTION by Manual Razola Corona, Banco Bilbao Vizcaya for
                 Prefiling Conference  (Brief Due 3/17/03 ) (kmf)
                 [Entry date 02/25/03]

3/5/03     --    ENDORSEMENT granting [60-1] motion for Prefiling Conference
                 ;telephonic conference set for 3/21/03 @ 1:00  ( signed by
                 Judge Janet B. Arterton ) (sab) [Entry date 03/06/03]

3/13/03    61    MOTION by Gerardo Sanchez for an Addendum to [59-1]
                 amended complaint by Gerardo Sanchez (Brief Due 4/3/03 )
                 (lai) [Entry date 03/13/03]

3/13/03    62    AFFIDAVIT of Julia E. Sanchez by Gerardo Sanchez Re [61-1]
                 motion for an Addendum to [59-1] amended complaint by
                 Gerardo Sanchez by Gerardo Sanchez (lai)
                 [Entry date 03/13/03]

4/8/03     63    ORDER denying [61-1] motion for an Addendum to [59-1]
                 amended complaint by Gerardo Sanchez,  reset Discovery
                 deadline to 7/5/03  ( signed by Judge Janet B. Arterton )
                 (rnw) [Entry date 04/08/03]

4/16/03    64    MOTION by Manual Razola Corona, Benard V. Preziozi Jr,
                 Curtis Mallet, Banco Bilbao Vizcaya to Extend Time until
                 4/28/03 to file Motion to Dismiss (kmf)
                 [Entry date 04/16/03]

4/17/03    --    ENDORSEMENT granting [64-1] motion to Extend Time to
                 4/28/03 to file Motion to Dismiss  ( signed by Judge Janet
                 B. Arterton ) (sab) [Entry date 04/21/03]

4/17/03    65    TRANSCRIPT  for date of 4/4/03  (Court reporter: Sharon
                 Montini) (sab) [Entry date 04/21/03]
```

```
Proceedings include all events.                                    JGM     APPEAL
3:02cv1666 Sanchez v. Corona, et al                                CLOSED
```

| Date | # | Description |
|---|---|---|
| 4/24/03 | 66 | MOTION by Gerardo Sanchez to Interrogate Manuel Corona in Madrid Spain (sab) [Entry date 04/24/03] [Edit date 04/24/03] |
| 4/24/03 | 68 | MEMORANDUM by Gerardo Sanchez in support of [66-1] motion to Interrogate Manuel Corona in Madrid Spain (sab) [Entry date 04/24/03] |
| 4/24/03 | 67 | AFFIDAVIT of Gerardo Sanchez Re [66-1] motion to Interrogate Manuel Corona in Madrid Spain by Gerardo Sanchez (sab) [Entry date 04/24/03] |
| 4/28/03 | 69 | MOTION by Manual Razola Corona, Banco Bilbao Vizcaya to Dismiss Third Amended Complaint (Brief Due 5/19/03 ) (sab) [Entry date 04/29/03] |
| 4/28/03 | 70 | MEMORANDUM by Manual Razola Corona, Banco Bilbao Vizcaya in support of [69-1] motion to Dismiss Third Amended Complaint (sab) [Entry date 04/29/03] |
| 5/1/03 | 71 | MOTION by Gerardo Sanchez To Substitute Pleading (sab) [Entry date 05/01/03] |
| 5/5/03 | 72 | MOTION by Gerardo Sanchez to Take Ernesto Anton's Deposition in Danbury (sab) [Entry date 05/06/03] |
| 5/5/03 | 73 | AFFIDAVIT of by Gerardo Sanchez Re [72-1] motion to Take Ernesto Anton's Deposition in Danbury by Gerardo Sanchez (sab) [Entry date 05/06/03] |
| 5/5/03 | 74 | MOTION by Banco Bilbao Vizcaya, Manual Razola Corona for Protective Order to deny discovery on issue of Jurisdiction and to require Ernesto Anton's Deposition be taken in NY (Brief Due 5/26/03 ) (sab) [Entry date 05/06/03] [Edit date 05/06/03] |
| 5/5/03 | 75 | AFFIDAVIT of Peter Fleming by Banco Bilbao Vizcaya, Manual Razola Corona Re [74-1] motion for Protective Order to deny discovery on issue of Jurisdiction and to require Ernesto Anton's Deposition be taken in NY by Manual Razola Corona, Banco Bilbao Vizcaya (sab) [Entry date 05/06/03] |
| 5/5/03 | 76 | Memorandumm in opposition to Motion to Interrogate Manuel Corona in Spain and MEMORANDUM by Banco Bilbao Vizcaya, Manual Razola Corona in support of [74-1] motion for Protective Order to deny discovery on issue of Jurisdiction and to require Ernesto Anton's Deposition be taken in NY Part 1 of 2 (sab) [Entry date 05/06/03] |
| 5/5/03 | 76 | Memorandum in Support of Motion for Protective Order and; MEMORANDUM by Banco Bilbao Vizcaya, Manual Razola Corona in opposition to [66-1] motion to Interrogate Manuel Corona in Madrid Spain by Gerardo Sanchez  Part 2 of 2 (sab) |

```
Proceedings include all events.                          JGM      APPEAL
3:02cv1666 Sanchez v. Corona, et al                      CLOSED
```

|  |  |  |
|---|---|---|
|  |  | [Entry date 05/06/03] |
| 5/9/03 | 77 | ORDER of referral to Mag. Judge Joan G. Margolis for discovery purposes (signed by Judge Janet B. Arterton ) (lai) [Entry date 05/09/03] |
| 5/9/03 | 78 | ORDER granting in part, denying in part [71-1] motion To Substitute Pleading, amending [66-1] motion to Interrogate Manuel Corona in Madrid Spain ( signed by Judge Janet B. Arterton ) (lai) [Entry date 05/09/03] |
| 5/14/03 | 79 | MOTION by Gerardo Sanchez to Strike Corona's Declaration (Brief Due 6/4/03 ) (kmf) [Entry date 05/15/03] |
| 5/14/03 | 80 | AFFIDAVIT of Gerardo Sanchez Re [79-1] motion to Strike Corona's Declaration by Gerardo Sanchez (kmf) [Entry date 05/15/03] |
| 5/14/03 | 81 | MEMORANDUM by Gerardo Sanchez in support of [79-1] motion to Strike Corona's Declaration (kmf) [Entry date 05/15/03] |
| 5/14/03 | 82 | MOTION by Gerardo Sanchez for Clarification of [66-1] motion to Interrogate Manuel Corona in Madrid Spain by Gerardo Sanchez (Brief Due 6/4/03 ) (kmf) [Entry date 05/15/03] |
| 5/21/03 | 83 | OBJECTION by Gerardo Sanchez to unfiled letter brief dated 5/16/03 (sab) [Entry date 05/22/03] |
| 5/21/03 | 84 | AFFIDAVIT of Gerardo Sanchez Re [83-1] objection by Gerardo Sanchez (sab) [Entry date 05/22/03] |
| 5/27/03 | 85 | MEMORANDUM by Manual Razola Corona, Banco Bilbao Vizcaya in opposition to [79-1] motion to Strike Corona's Declaration by Gerardo Sanchez (sab) [Entry date 05/28/03] |
| 5/30/03 | 86 | RULING denying in part [74-1] motion for Protective Order to deny discovery on issue of Jurisdiction and to require Ernesto Anton's Deposition be taken in NY, denying [72-1] motion to Take Ernesto Anton's Deposition in Danbury, granting in part, granting in part [66-1] motion to Interrogate Manuel Corona in Madrid Spain ( signed by Mag. Judge Joan G. Margolis ) 7 Page(s) (sab) [Entry date 06/02/03] |
| 6/2/03 | 87 | AFFIDAVIT of Peter Fleming Re [79-1] motion to Strike Corona's Declaration by Gerardo Sanchez, [69-1] motion to Dismiss Third Amended Complaint by Banco Bilbao Vizcaya, Manual Razola Corona (sab) [Entry date 06/02/03] |
| 6/2/03 | 88 | CERTIFICATE OF SERVICE by Manual Razola Corona, Banco Bilbao Vizcaya re; Affidavit of Peter Fleming (sab) [Entry date 06/02/03] |

```
Docket as of September 22, 2003 10:40 am                        Page 11
```

Proceedings include all events.  
3:02cv1666 Sanchez v. Corona, et al                                    JGM    APPEAL
                                                                       CLOSED

| Date | # | Entry |
|---|---|---|
| 6/2/03 | 89 | REPLY by Gerardo Sanchez to response to [79-1] motion to Strike Corona's Declaration by Gerardo Sanchez (sab) [Entry date 06/03/03] |
| 6/2/03 | 90 | AFFIDAVIT of by Gerardo Sanchez Re [79-1] motion to Strike Corona's Declaration by Gerardo Sanchez (sab) [Entry date 06/03/03] |
| 6/3/03 | 91 | ORDER re courtesy copies: copies of all filings should be forwarded to chambers ( Signed by Mag. Judge Joan G. Margolis ) (sab) [Entry date 06/04/03] |
| 6/10/03 | 92 | RESPONSE by Manual Razola Corona, Banco Bilbao Vizcaya to [74-1] motion for Protective Order to deny discovery on issue of Jurisdiction and to require Ernesto Anton's Deposition be taken in NY by Manual Razola Corona, Banco Bilbao Vizcaya (sab) [Entry date 06/10/03] |
| 6/17/03 | 93 | AFFIDAVIT of by Gerardo Sanchez Re [66-1] motion to Interrogate Manuel Corona in Madrid Spain by Gerardo Sanchez (sab) [Entry date 06/17/03] |
| 6/17/03 | 96 | REPLY by Gerardo Sanchez to response to [94-1] motion to Extend Time 30 days to complete discovery by Gerardo Sanchez (kmf) [Entry date 06/30/03] |
| 6/20/03 | 95 | MEMORANDUM by Gerardo Sanchez in support of [94-1] motion to Extend Time 30 days to complete discovery (kmf) [Entry date 06/30/03] |
| 6/30/03 | 94 | MOTION by Gerardo Sanchez to Extend Time 30 days to complete discovery (kmf) [Entry date 06/30/03] |
| 6/30/03 | 97 | MOTION with attached affidavit and memorandum by Gerardo Sanchez to Strike affidavit of Ernesto Anton Azcoiti (Brief Due 7/21/03 ) (sab) [Entry date 07/01/03] |
| 7/2/03 | 98 | RULING granting [94-1] motion to Extend Time 30 days to complete discovery, reset Discovery deadline to 7/11/03 ( signed by Mag. Judge Joan G. Margolis ) 3 Page(s) (kmf) [Entry date 07/02/03] |
| 7/7/03 | 99 | AFFIDAVIT of Julia E. Sanchez Re certifying the opening of checking account (kmf) [Entry date 07/08/03] |
| 7/7/03 | 100 | MEMORANDUM by Gerardo Sanchez in support of Corona's Personal Jurisdiction (kmf) [Entry date 07/08/03] |
| 7/10/03 | 101 | OBJECTION by Gerardo Sanchez re: [86-1] order (kmf) [Entry date 07/10/03] |
| 7/11/03 | 102 | OBJECTION by Manual Razola Corona to Plaintiff's Objection re: [86-1] order requiring deposition of Manuel Corona be conducted telephonically (rlr) [Entry date 07/15/03] |

Proceedings include all events.
3:02cv1666 Sanchez v. Corona, et al

JGM   APPEAL
CLOSED

| Date | Doc# | Description |
|---|---|---|
| 7/14/03 | -- | ENDORSEMENT granting to extent set forth in 2 prior rullings (documents #86 & #98) [82-1] motion for Clarification of [66-1] motion to Interrogate Manuel Corona in Madrid Spain by Gerardo Sanchez ( signed by Mag. Judge Joan G. Margolis ) (rnw) [Entry date 07/16/03] |
| 7/15/03 | 103 | Reply by Gerardo Sanchez to Defendant's Response to Plaintiff's Objection to [86-1] order re: Manuel Corona's telephonic deposition (rlr) [Entry date 07/15/03] |
| 7/17/03 | 104 | RULING denying [79-1] motion to Strike Corona's Declaration, denying [97-1] motion to Strike affidavit of Ernesto Anton Azcoiti.  In light of 30 day extension of discovery schedule, plaintiff's omnibus opposition shall be filed on or before 8/21/03, with defendants' reply due 10 dyas there after.   ( signed by Judge Janet B. Arterton ) 3 Page(s) (rnw) [Entry date 07/18/03] |
| 7/17/03 | 105 | RULING overruling [101-1] objection  ( signed by Judge Janet B. Arterton ) e Page(s) (rnw) [Entry date 07/18/03] |
| 7/17/03 | 106 | MEMORANDUM by Manual Razola Corona, Banco Bilbao Vizcaya in opposition to [97-1] motion to Strike affidavit of Ernesto Anton Azcoiti by Gerardo Sanchez (rnw) [Entry date 07/18/03] |
| 7/17/03 | 107 | REPLY MEMORANDUM by Manual Razola Corona, Banco Bilbao Vizcaya in support of [69-1] motion to Dismiss Third Amended Complaint (rnw) [Entry date 07/18/03] |
| 8/21/03 | 108 | RESPONSE by Gerardo Sanchez  to [37-1] motion to Dismiss Amended Conplaint and Supplemental Amendment to Complaint for Lack of Personal Jurisdiction by Banco Bilbao Vizcaya, [20-1] motion to Dismiss Amended Complaint by Banco Bilbao Vizcaya, Curtis Mallet, Benard V. Preziozi Jr (sab) [Entry date 08/21/03] |
| 8/21/03 | 109 | AFFIDAVIT of  by Gerardo Sanchez Re [108-1] motion response by Gerardo Sanchez (sab) [Entry date 08/21/03] |
| 8/29/03 | 110 | RULING granting [69-1] motion to Dismiss Third Amended Complaint  ( signed by Judge Janet B. Arterton ) 12 Page(s) (kmf)  [Entry date 08/29/03] |
| 8/29/03 | 111 | JUDGMENT for Manual Razola Corona, Benard V. Preziozi Jr, Curtis Mallet, Banco Bilbao Vizcaya  against Gerardo Sanchez  ( signed by Judge Janet B. Arterton ) (kmf) [Entry date 08/29/03] |
| 8/29/03 | -- | Case closed (kmf) [Entry date 08/29/03] |

Proceedings include all events.
3:02cv1666 Sanchez v. Corona, et al                                          JGM     APPEAL
                                                                             CLOSED

| | | |
|---|---|---|
| 9/17/03 | 113 | NOTICE OF APPEAL of [111-1] judgment and underlying [110-1] ruling by Gerardo Sanchez   FILING FEE $ 105.00  RECEIPT # N010391  Certified Copy of Docket and copy of Appeal mailed to USCA (sab) [Entry date 09/22/03] |